IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JUANITA PURDY,
    Plaintiff,

vs.                        CASE NO. 3:09cv449/LAC/MD

ESCAMBIA COUNTY SCHOOL DISTRICT,
    Defendant.

_____

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated July 19, 2010. The plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a _de novo_ determination of those portions to which an objection has been made.

    Having considered the report and recommendation and the objections thereto timely filed, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now ORDERED as follows:

    1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2.    Defendant's motion for summary judgment (doc. 23) is GRANTED and this case is dismissed with prejudice.

    DONE AND ORDERED this 25th day of August, 2010.

                                      _s/L.A. Collier_
                                      **LACEY A. COLLIER**
                                      **SENIOR UNITED STATES DISTRICT JUDGE**